COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Jimmy Andrew Chavez v. The State of Texas

Appellate case number:     01-19-00002-CR

Trial court case number:     16-CR-1895

Trial court:                          56th District Court of Galveston County

On July 2, 2019, we abated the appeal and remanded the case to the trial court based on appointed counsel's failure to timely file a brief on appellant's behalf. On July 29, 2019, the trial court held a hearing on our abatement order. The trial court clerk has filed a supplemental clerk's record that includes the trial court's findings and conclusions that appellant "does wish to prosecute his appeal" and his appointed counsel, "Zachary Maloney, should remain on the appeal." Accordingly, we **reinstate** this case on the Court's active docket.

**Appellant's brief is due to be filed in this Court no later than August 30, 2019.** *See* TEX. R. APP. P. 38.69a), (d).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                            ☑ Acting individually     ☐ Acting for the Court


Date:    August 6, 2019